

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Theresa Lee ROTH ) <br> ) <br> Aka Cheryl Eva SPARKS, ) <br> ) <br>     Defendant. ) <br> ) <br> ) <br> _____) | Magistrate Case No. '22 MJ01623 <br><br> COMPLAINT FOR VIOLATION OF <br><br> Title 8, U.S.C., Section 1324(a)(2)(B)(iii) <br> Bringing in Unlawful Alien(s) <br> Without Presentation <br><br> Title 18, U.S.C., Section 922(g)(1) <br> Possession of a firearm by a felon <br><br> Title 21, U.S.C., Secs. 952 and 960 – <br> Importation of Controlled Substances |

The undersigned complainant, being duly sworn states:

## Count 1

On or about May 8, 2022, within the Southern District of California, Defendant Theresa Lee ROTH, aka Cheryl Eva SPARKS, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that alien(s), namely, Javier DE ROMAN-Moreno, Miguel Angel DE LA CRUZ-Garcia and Alejandro SALAZAR-Diaz had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien(s), and upon arrival did not bring and present said alien(s) immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

## Count 2

On or about May 8, 2022, within the Southern District of California, Defendant Theresa Lee ROTH, aka Cheryl Eva SPARKS, a person having been previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly and intentionally possess a firearm that traveled in and affected interstate commerce, to wit: a SIG Sauer P250 .9-caliber handgun with serial number 57C043902 in violation of 18, United States Code, Section 922 (g)(1).

## Count 3

On or about May 8, 2022, within the Southern District of California, Defendant Theresa Lee ROTH, aka Cheryl Eva SPARKS, did knowingly and intentionally import a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

## Count 4

On or about May 8, 2022, within the Southern District of California, Defendant Theresa Lee ROTH, aka Cheryl Eva SPARKS, did knowingly and intentionally import a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Adriana A. Burns, CBP Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 9th of May 2022.

_____
HON. BARBARA L. MAJOR
UNITED STATES MAGISTRATE JUDGE

PROBABLE CAUSE STATEMENT

The complainant states that Javier DE ROMAN-Moreno, Miguel Angel DE LA CRUZ-Garcia and Alejandro SALAZAR-Diaz are citizens of a country other than the United States; that said aliens have admitted they are deportable; that their testimonies are material; that it is impracticable to secure their attendance at trial by subpoena; and that they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On May 8, 2022, at approximately 12:46 A.M., Theresa Lee ROTH, aka Cheryl Eva SPARKS (Defendant), a United States citizen, applied for entry into the United States from Mexico via the San Ysidro, California Port of Entry vehicle lanes, as the driver and registered owner of a 2007 Ford F-250 pick-up. Upon inspection before a United States Customs and Border Protection (CBP) Officer, Defendant presented her California Drivers License and said she was going to San Bernardino, California with nothing to declare from Mexico. The CBP Officer conducted a cursory inspection of the truck and noticed two locking mechanisms on the bed cover. The CBP Officer asked Defendant for the key to the bed cover and discovered seven individuals concealed inside the rear cargo bed area. Defendant was placed in handcuff restraints and escorted to the Security Office. The vehicle was driven to the Vehicle Secondary Lot by another officer.

In secondary, responding officers assisted seven individuals out of the rear cargo bed area of the truck. Three individuals were held as material witnesses and later identified as Javier DE ROMAN-Moreno (MW1), Miguel Angel DE LA CRUZ-Garcia (MW2), and Alejandro SALAZAR-Diaz (MW3). All three were determined to be citizens of Mexico without documents to enter, pass through or remain in the United States.

Also discovered during the secondary search of the vehicle, was a SIG Sauer P250 .9-caliber handgun inside Defendant's purse. The handgun had an empty chamber and was loaded with eleven rounds in the magazine.

A CBP Officer also discovered a pink toiletry bag on the floor of the second-row seats containing a smaller bag with a crystal-like substance, a smaller bag with a

black sticky substance, a small scale, many small clear bags and various other drug paraphernalia. The substances were field tested and yielded positive results for heroin (2.95 grams) and methamphetamine (56.85 grams).

At approximately 6:17 A.M., during a video-recorded interview, Defendant was advised of her Miranda Rights and elected not make a statement. At approximately 11:24 A.M., Defendant requested to make a statement. Defendant was reminded of her Miranda Rights and acknowledge she understood and again elected to make a statement. Defendant denied knowledge of smuggling individuals. Defendant admitted to making arrangements with a friend named Blanca and agreeing to transport 50 pounds of Methamphetamine into the United States from Mexico. If successful, Defendant stated she would keep 8 pounds of Methamphetamine as a form of payment. Defendant stated that once in the United States, she was to make a telephonic call to the smuggling facilitator to receive further instructions and a delivery location in San Diego, California. Defendant admitted the heroin found in the truck belonged to her. Defendant also claimed ownership of the handgun found in her purse and stated it was purchased in California through an unknown friend. Defendant stated she traveled with the handgun for protection. Defendant stated she smuggled the handgun into Mexico and intended to smuggle it back into the United States.

Preliminary checks and a call to ATF Agent Austin Sailor, revealed the SIG Sauer P250 .9-caliber handgun was most likely manufactured in Ohio.

During video-recorded interviews, the Material Witnesses made the following statements: MW1 admitted to being a citizen of Mexico, without documents to enter the United States. MW1 stated his uncle made the smuggling arrangements and was going to pay $18,000.00 USD once successful entry was made. MW1 stated he was going to Santa Maria, California to live and work. MW1 was shown a six-pack photograph lineup display and did not identify Defendant.

MW2 admitted to being a citizen of Mexico, without documents to enter the United States. MW2 stated his family made the smuggling arrangements and were going to pay $15,000.00 USD once successful entry was made. MW2 stated he

was going to Salinas, California to live and work. MW2 was shown a six-pack photograph lineup display and did not identify Defendant.

MW3 admitted to being a citizen of Mexico, without documents to enter the United States. MW3 stated his friend made the smuggling arrangements and was going to pay $20,000.00 USD once successful entry was made. MW3 stated he was going to Los Angeles, California to live and work. MW3 was shown a six-pack photograph lineup display and did not identify Defendant.